# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA, *et al.,*

        Plaintiffs,

*ex rel.* BEVERLY MARCUS,

        Relator,        Case No. 8:18-cv-2915-WFJ-JSS

v.

BIOTEK LABS, LLC, *et al.,*

        Defendants.
_____/

## UNOPPOSED MOTION FOR WITHDRAWAL OF FORMER AUSA

Pursuant to Local Rule 2.02(c), the United States moves for W. Stephen Muldrow, formerly an Assistant United States Attorney for the Middle District of Florida,[1] to be withdrawn as counsel of record for the United States in this matter, to be removed from the Court's docket and the service list of other counsel and parties in this matter, and to no longer receive CM/ECF notices or other Notices or Orders from the Court in this matter.

The undersigned Assistant United States Attorney has previously appeared in this action, will remain as counsel of record for the United States herein, and, if

---

[1] The Honorable Mr. Muldrow now serves as the U.S. Attorney for the District of Puerto Rico. See https://www.justice.gov/usao-pr/meet-us-attorney

not already, should be listed as lead counsel for the United States.

The undersigned Assistant United States Attorney certifies that he has notified the United States, which consents to this withdrawal. The undersigned has also conferred with counsel for Relator and counsel for Defendants, respectively, who do not oppose the relief requested herein.

|  |  |
|---|---|
|  | **ROGER B. HANDBERG**<br>**United States Attorney** |
| June 6, 2022 | By: */s Charles T. Harden III*<br>CHARLES T. HARDEN III<br>Assistant United States Attorney<br>Florida Bar No. 97934<br>400 North Tampa Street, Suite 3200<br>Tampa, Florida 33602<br>Tel: (813) 274-6000<br>Fax: (813) 274-6200<br>Email: Charles.Harden@usdoj.gov<br>*Counsel for the United States* |

### CERTIFICATE UNDER LOCAL RULE 2.02(c)(1)(B)(i)

I HEREBY CERTIFY that that I have notified the United States, which consents to the withdrawal of counsel requested herein.

### CERTIFICATE UNDER LOCAL RULE 3.01(g)

I HEREBY CERTIFY that I have conferred with counsel for Relator and also with counsel for Defendants, each of whom stated their respective clients do not oppose the relief requested herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on June 6, 2022, I filed the foregoing document using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

        By:    <u>/s Charles T. Harden III</u>
                 CHARLES T. HARDEN III
                 Assistant United States Attorney