UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 8:18-cv-02915-WFJ-JSS

UNITED STATES OF AMERICA, et al.,

    Plaintiffs,

*ex rel.* BEVERLY MARCUS,

    Relator,

v.

BIOTEK LABS, LLC, et al.,

    Defendants.

_____

**UNOPPOSED MOTION TO AMEND
CASE MANAGEMENT AND SCHEDULING ORDER**

Defendants BioTek Labs, LLC, BioTek Services, LLC, Ancillary Service Consultants, LLC, Alemar Billing Consultants, LLC, George Beauchamp, and Brian Panessa (collectively, "Defendants"), and Relator Beverly Marcus, by their attorneys, respectfully hereby stipulate and jointly request the Court extend certain deadlines in the Court's August 15, 2022, Case Management and Scheduling Order. The parties need additional time to engage in

settlement discussions and would like to avoid discovery and litigation costs while exploring potential resolution of this matter.

This request is made in good faith and not for the purpose of delay. Further, good cause exists for the extension, because it will allow the parties additional time to engage in good-faith settlement negotiations. Accordingly, the parties respectfully request that the Court enter an Amended Case Management and Scheduling Order with the following proposed dates:

| Event | Current Deadline/Date | Proposed Deadline/Date |
|---|---|---|
| **Plaintiff Expert Disclosure** | April 17, 2023 | July 14, 2023 |
| **Defendant Expert Disclosure** | June 19, 2023 | September 8, 2023 |
| **Rebuttal Expert Disclosure** | August 7, 2023 | October 27, 2023 |
| **Discovery Cut-Off** | August 28, 2023 | November 17, 2023 |
| **Mediator Selection/Scheduling** | August 18, 2023 | November 10, 2023 |
| **Conduct Mediation** | September 18, 2023 | December 15, 2023 |
| **Dispositive Motion Filing** | November 13, 2023 | February 9, 2024 |

| **Pretrial Statement Due** | December 7, 2023 | March 1, 2024 |
|---|---|---|
| **Pretrial Conference** | December 14, 2023` | March 25, 2024 |
| **Jury Trial** | January 2, 2024 | April 1, 2024 |

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel for Defendants and Relator hereby certifies they have conferred in good faith via electronic email regarding the relief requested in this Motion and certify the parties agree on the relief sought in this motion.

Dated: March 22, 2023.                    Respectfully submitted,

**COUNSEL FOR RELATOR**          */s/ Brian J. McCormick, Jr.*
                                          Brian J. McCormick, Jr.
                                          ROSS FELLER CASEY, LLP
                                          One Liberty Place
                                          1650 Market St., Ste. 3450
                                          Philadelphia, PA 19103
                                          Tel: (215) 574-2000
                                          Fax: (215) 574-3080
                                          bmccormick@rossfellercasey.com

**COUNSEL FOR DEFENDANTS**  /s/ *Henry H. Bolz, IV*
Henry H. Bolz, IV
Florida Bar No. 043350
POLSINELLI PC
315 S. Biscayne Blvd., Suite 400
Miami, FL  33131
T:  305-921-1811
hbolz@polsinelli.com
*Counsel for Defendants*

Kevin Coffey
Illinois Bar No. 6303073
kcoffey@polsinelli.com
(*Admitted Pro Hac Vice*)

Jessica Andrade
Washington Bar No. 39297
jandrade@polsinelli.com
(*Admitted Pro Hac Vice*)

Dayna LaPlante
Illinois Bar No. 6317971
dlaplante@polsinelli.com
(*Admitted Pro Hac Vice*)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed using the CM/ECF electronic filing system which will provide notice to all counsel of record this **22nd** day of March, 2023.

/s/ *Henry H. Bolz, IV*
Henry H. Bolz, IV